**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

JEREMY RYAN BEHLMANN,        )
                                    )
      Plaintiff,                )
                                    )
      v.                       )          No. 2:26-cv-00016 SPM
                                    )
JUDGE BUCKMAN YOUNG, et al.,    )
                                    )
      Defendants.            )

## MEMORANDUM AND ORDER

Before the Court is self-represented Plaintiff Jeremy Behlmann's complaint. [ECF No. 1]. Because Plaintiff's allegations in his complaint and the relief he is seeking are unclear, Plaintiff will be required to file an amended complaint on a Court-form. *See* Local Rule 2.06(B). Additionally, because he has neither paid the $405 filing fee nor filed a motion to proceed without prepayment of fees or costs, he is required to do one or the other for this case to proceed. *See* E.D. Mo. L.R. 2.01(B)(1). If Plaintiff files a motion seeking leave to commence this action without prepaying fees or costs, he must also file a certified copy of his prison account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff's failure to comply with this Court's Order will result in the dismissal of this action, without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send Plaintiff a Prisoner complaint form and a blank Application to Proceed in District Court without Prepaying Fees or Costs form.

**IT IS FURTHER ORDERED** that Plaintiff must file his amended complaint on the Court-form and either pay the $405 filing fee or submit a motion to proceed without prepaying fees or costs, within 30 days of the date of this Order

**IT IS FURTHER ORDERED** that, if Plaintiff files a motion seeking leave to commence this action without prepaying fees or costs, he must also submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of the complaint.

**IT IS FURTHER ORDERED** that that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 10th day of April, 2026.

_____

SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

2